UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JAMES J. BARBEE | CIVIL ACTION NO. 06-1605 |
| VS. | SECTION P |
| BURL CAIN, WARDEN | JUDGE MELANÇON |
| | MAGISTRATE JUDGE HILL |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 8th day of April, 2008.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE