# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

James J. Barbee                                                  Civil Action No. 06-1605

versus                                                        Judge Tucker L. Melançon

Louisiana State Penetentiary,                  Magistrate Judge C. Michael Hill
Warden Burl Cain

## CERTIFICATE AS TO APPEALABILITY

A notice of appeal having been filed in this habeas corpus case in which the detention complained of arises out of process issued by a Louisiana state court, the Court having considered the record in and the requirements of Federal Rule of Appellate Procedure 22(b), finds that a certificate of appealability should not issue for the following reasons:

The analysis contained in the Report and Recommendation of the Magistrate Judge issued on March 17, 2008 [Rec. Doc. 17] adopted by the Court and entered as a final judgment on April 08, 2008 [Rec. Doc. 19], demonstrates that there is no basis in law or fact to entitle petitioner to the relief he seeks.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 29th day of April, 2008.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE